UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81117-CIV-CANNON/Reinhart

**RUTH COLAS**,

    Plaintiff,

v.

**LOURDES-NOREEN MCKEEN RESIDENCE
FOR GERIATRIC CARE, INC**,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation [ECF No. 19].  On August 12, 2021, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint (the "Motion to Dismiss") [ECF No. 12].  On August 30, 2021, the Court referred this matter to Magistrate Judge Bruce E. Reinhart for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 14].  On September 29, 2021, Judge Reinhart issued a Report and Recommendation recommending that the Motion to Dismiss be granted as to all counts, and that Plaintiff be granted leave to file an amended complaint [ECF No. 19].

The Report and Recommendation states that the parties shall file any objections within fourteen days of the date of service of a copy of the Report and Recommendation [ECF No. 19 p. 19].  Neither party filed an objection, and the period for doing so has expired.  *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

CASE NO. 21-81117-CIV-CANNON/Reinhart

The Court has reviewed the record in this case and is otherwise fully advised in the premises. Upon review, the Court finds the Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and Recommendation and concludes that the Motion to Dismiss should be **GRANTED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 19] is **ADOPTED**.

2. Defendant's Motion to Dismiss (ECF No. 12) is **GRANTED** as to all counts.

3. Plaintiff's Amended Complaint [ECF No. 7] is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff's request for leave to file a Second Amended Complaint is **GRANTED**.

5. **Plaintiff will have one final opportunity to amend her complaint in this case, but she must do so on or before November 3, 2021.**

**DONE AND ORDERED** at Fort Pierce, Florida this 19th day of October 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record